**Continuing Abatement Order filed January 24, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00466-CV

_____

## IN RE EDWARD ALEXANDER, ADAM JOHNSON, WAYNE THOMPSON, JR., LILYNN CUTRER, AND KAREN AUCOIN, INDIVIDUALLY AND AS CO-TRUSTEES, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause Nos. 365053 & 365053-404**

---

## CONTINUING ABATEMENT ORDER

On June 7, 2018, relators Edward Alexander, Adam Johnson, Wayne Thompson, Jr., Lilynn Cutrer, and Karen Aucoin, Individually and as Co-Trustees, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. In the petition, relators ask this court to order the Honorable Christine Butts, Judge of the Probate Court No. 4, in Harris County, Texas, to set aside her June 5, 2018 order granting the motion to compel

filed by real party in interest Preston Marshall.

On August 30, 2018, we abated this case because the 14th Judicial District Court of Calcasieu Parish, Louisiana, entered a preliminary injunction, which stated in relevant part:

> IT IS HEREBY ORDERED that the preliminary injunction sought herein be and is hereby GRANTED, enjoining and prohibiting Preston Marshall, and all persons in active concert or participation with him, from filing, proceeding with or participating in any litigation or proceeding related to the administration of the Harrier Trust outside of this Court, including but not limited to the appointment of the co-trustees, compensation of the co-trustees, distributions from the accumulations of the Trust, and powers, rights, responsibilities, and fiduciary duties of the co-trustees under the Trust.

Preston Marshall advised this court that the Louisiana Third Circuit Court of Appeals vacated the preliminary injunction.

Because Judge Butts ceased to hold office of Judge of Probate Court No. 4, Harris County, Texas, we are required to continue the abatement of this mandamus proceeding to permit her successor, the Honorable James Horwitz, to reconsider the June 5, 2018 order underlying relators' request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore abatement of this case is continued until **February 25, 2019**, to permit Judge Horwitz to reconsider the order underlying relator's request for relief. On or before that date, Judge Horwitz shall advise the Court of the action taken on relators' request. The Court will then consider a motion to dismiss the original proceeding or other dispositive motion. This Court will also consider an appropriate motion to reinstate the original proceeding, or the Court may reinstate the original

proceeding on its own motion.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Bourliot.